**DUANE MORRIS** LLP
By:   Anthony J. Costantini
       Suzan Jo
       Kevin P. Potere
1540 Broadway
New York, NY 10036-4086
Telephone: +1 212 692 1000
Fax: +1 212 692 1020
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARAG-A LIMITED, ARAG-O LIMITED,
ARAG-T LIMITED, and ARAG-V LIMITED,

        Plaintiffs,

        v.

THE REPUBLIC OF ARGENTINA,

        Defendant.

14 Civ. 9855 (TPG)

---

### NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT

PLEASE TAKE NOTICE that, pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, and upon the accompanying Declaration of Anthony J. Costantini, dated March 2, 2015, the Statement of Material Facts, the Memorandum of Law, and the incorporated Declaration of Robert A. Cohen, dated February 3, 2015, and all attached exhibits, filed in *NML Capital, Ltd. v. Republic of Argentina*, 14 Civ. 8601 (TPG) (D.E. # 9), Plaintiffs ARAG-A Limited ("ARAG-A"), ARAG-O Limited ("ARAG-O"), ARAG-T Limited ("ARAG-T"), and ARAG-V Limited ("ARAG-V") (collectively, "Plaintiffs") will move before the Honorable Thomas P. Griesa, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York, 10007, at a date and time to

be determined by the Court, for an Order granting partial summary judgment to Plaintiffs as to the Republic of Argentina's ("Argentina") violation of the Section 1(c) of the 1994 Fiscal Agency Agreement, and for such other relief as the Court deems just and proper.

NOTICE IS FURTHER GIVEN that Argentina's response to this Motion, if any, shall be served within fourteen (14) days after service hereof, on counsel for Plaintiffs: Anthony J. Costantini, Duane Morris LLP, 1540 Broadway, New York, NY 10036.

        Duane Morris LLP

By: *[signature]*
Anthony J. Costantini
E-mail:   ajcostantini@duanemorris.com
Suzan Jo (4500468)
E-mail:   sjo@duanemorris.com
Kevin P. Potere
E-mail:   kppotere@duanemorris.com

1540 Broadway
New York, NY 10036-4086
Telephone: +1 212 692 1000
Fax: +1 212 692 1020

Attorneys for Plaintiffs

Dated: March 2, 2015

2