UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
NML CAPITAL, LTD.,                                  :
                                                    :
                                                    :
                              Plaintiff,            :
                                                    :   14 Civ. 8601 (TPG)
              - against -                           :
                                                    :
                                                    :
THE REPUBLIC OF ARGENTINA,                          :
                                                    :
                                                    :
                              Defendant.            :
------------------------------------------------------------------- X
FFI FUND, LTD., and FYI, LTD.,                      :
                                                    :
                              Plaintiffs,           :
                                                    :   14 Civ. 8630 (TPG)
              - against -                           :
                                                    :
                                                    :
THE REPUBLIC OF ARGENTINA,                          :
                                                    :
                                                    :
                              Defendant.            :
------------------------------------------------------------------- X
EM LTD.,                                            :
                                                    :
                                                    :
                              Plaintiff,            :
                                                    :
              - against -                           :   14 Civ. 8303 (TPG)
                                                    :
                                                    :
THE REPUBLIC OF ARGENTINA,                          :
                                                    :
                              Defendant.            :
-------------------------------------------------------------------X *(captions continue on following page)*

**DECLARATION OF ELIZABETH M. HANLY IN OPPOSITION TO MOTIONS BY 526
PLAINTIFFS IN 37 ACTIONS SEEKING PARTIAL SUMMARY JUDGMENT**

```
---------------------------------------------------------------X
PEREZ, et al.,                                                 :
                                                               :
                              Plaintiffs,                      :
                                                               :
              - against -                                      :   14 Civ. 8242 (TPG)
                                                               :
THE REPUBLIC OF ARGENTINA,                                     :
                                                               :
                              Defendant.                       :
---------------------------------------------------------------X
NML CAPITAL, LTD.,                                             :
                                                               :
                              Plaintiff,                       :
                                                               :
              - against -                                      :   14 Civ. 8988 (TPG)
                                                               :
THE REPUBLIC OF ARGENTINA,                                     :
                                                               :
                              Defendant.                       :
---------------------------------------------------------------X
AURELIUS CAPITAL PARTNERS, LP, et al.,                         :
                                                               :
                              Plaintiffs,                      :
                                                               :
              - against -                                      :   14 Civ. 8946 (TPG)
                                                               :
THE REPUBLIC OF ARGENTINA,                                     :
                                                               :
                              Defendant.                       :
---------------------------------------------------------------X
BLUE ANGEL CAPITAL I LLC,                                      :
                                                               :
                              Plaintiff,                       :
                                                               :
              - against -                                      :   14 Civ. 8947 (TPG)
                                                               :
THE REPUBLIC OF ARGENTINA,                                     :
                                                               :
                              Defendant.                       :
---------------------------------------------------------------X
```

```
-------------------------------------------------------------------X
LIGHTWATER CORP. LTD.,                           :
                                                 :
                         Plaintiff,              :
                                                 :
              - against -                        :   14 Civ. 4092 (TPG)
                                                 :
THE REPUBLIC OF ARGENTINA,                       :
                                                 :
                         Defendant.              :
-------------------------------------------------------------------X
OLD CASTLE HOLDINGS, LTD.,                       :
                                                 :
                         Plaintiff,              :
                                                 :
              - against -                        :   14 Civ. 4091 (TPG)
                                                 :
THE REPUBLIC OF ARGENTINA,                       :
                                                 :
                         Defendant.              :
-------------------------------------------------------------------X
SETTIN,                                          :
                                                 :
                         Plaintiff,              :
                                                 :
              - against -                        :   14 Civ. 8739 (TPG)
                                                 :
THE REPUBLIC OF ARGENTINA,                       :
                                                 :
                         Defendant.              :
-------------------------------------------------------------------X
CAPITAL VENTURES INTERNATIONAL,                  :
                                                 :
                         Plaintiff,              :
                                                 :
              - against -                        :   14 Civ. 7258 (TPG)
                                                 :
THE REPUBLIC OF ARGENTINA,                       :
                                                 :
                         Defendant.              :
-------------------------------------------------------------------X
```

```
---------------------------------------------------------------------X
ADAMI, et al.,                                     :
                                                   :
                              Plaintiffs,          :
                                                   :
              - against -                          :   14 Civ. 7739 (TPG)
                                                   :
THE REPUBLIC OF ARGENTINA,                         :
                                                   :
                              Defendant.           :
---------------------------------------------------------------------X
CAPITAL MARKETS FINANCIAL SERVICES, et al.,        :
                                                   :
                              Plaintiffs,          :
                                                   :
              - against -                          :   15 Civ. 0710 (TPG)
                                                   :
THE REPUBLIC OF ARGENTINA,                         :
                                                   :
                              Defendant.           :
---------------------------------------------------------------------X
FOGLIA, et al.,                                    :
                                                   :
                              Plaintiffs,          :
                                                   :
              - against -                          :   14 Civ. 8243 (TPG)
                                                   :
THE REPUBLIC OF ARGENTINA,                         :
                                                   :
                              Defendant.           :
---------------------------------------------------------------------X
PONS, et al.,                                      :
                                                   :
                              Plaintiffs,          :
                                                   :
              - against -                          :   13 Civ. 8887 (TPG)
                                                   :
THE REPUBLIC OF ARGENTINA,                         :
                                                   :
                              Defendant.           :
---------------------------------------------------------------------X
```

```
-------------------------------------------------------------------X
GUIBELALDE, et al.,                                                :
                                                                   :
                              Plaintiffs,                          :
                                                                   :
                   - against -                                     :   11 Civ. 4908 (TPG)
                                                                   :
THE REPUBLIC OF ARGENTINA,                                         :
                                                                   :
                              Defendant.                           :
-------------------------------------------------------------------X
DORRA, et al.,                                                     :
                                                                   :
                              Plaintiffs,                          :
                                                                   :
                   - against -                                     :   14 Civ. 10141 (TPG)
                                                                   :
THE REPUBLIC OF ARGENTINA,                                         :
                                                                   :
                              Defendant.                           :
-------------------------------------------------------------------X
BELOQUI, et al.,                                                   :
                                                                   :
                              Plaintiffs,                          :
                                                                   :
                   - against -                                     :   14 Civ. 5963 (TPG)
                                                                   :
THE REPUBLIC OF ARGENTINA,                                         :
                                                                   :
                              Defendant.                           :
-------------------------------------------------------------------X
TORTUS CAPITAL MASTER FUND, LP,                                    :
                                                                   :
                              Plaintiff,                           :
                                                                   :
                   - against -                                     :   14 Civ. 1109 (TPG)
                                                                   :
THE REPUBLIC OF ARGENTINA,                                         :
                                                                   :
                              Defendant.                           :
-------------------------------------------------------------------X
```

```
------------------------------------------------------------------X
TORTUS CAPITAL MASTER FUND, LP,              :
                                             :
                          Plaintiff,         :
                                             :
           - against -                       :   14 Civ. 3127 (TPG)
                                             :
THE REPUBLIC OF ARGENTINA,                   :
                                             :
                          Defendant.         :
------------------------------------------------------------------X
TRINITY INVESTMENTS LIMITED,                 :
                                             :
                          Plaintiff,         :
                                             :
           - against -                       :   14 Civ. 10016 (TPG)
                                             :
THE REPUBLIC OF ARGENTINA,                   :
                                             :
                          Defendant.         :
------------------------------------------------------------------X
MONTREUX PARTNERS, L.P.,                     :
                                             :
                          Plaintiff,         :
                                             :
           - against -                       :   14 Civ. 7171 (TPG)
                                             :
THE REPUBLIC OF ARGENTINA,                   :
                                             :
                          Defendant.         :
------------------------------------------------------------------X
LOS ANGELES CAPITAL,                         :
                                             :
                          Plaintiff,         :
                                             :
           - against -                       :   14 Civ. 7169 (TPG)
                                             :
THE REPUBLIC OF ARGENTINA,                   :
                                             :
                          Defendant.         :
------------------------------------------------------------------X
```

```
-------------------------------------------------------------------X
CORDOBA CAPITAL,                                    :
                                                    :
                              Plaintiff,            :
                                                    :
              - against -                           :   14 Civ. 7164 (TPG)
                                                    :
THE REPUBLIC OF ARGENTINA,                          :
                                                    :
                              Defendant.            :
-------------------------------------------------------------------X
WILTON CAPITAL,                                     :
                                                    :
                              Plaintiff,            :
                                                    :
              - against -                           :   14 Civ. 7166 (TPG)
                                                    :
THE REPUBLIC OF ARGENTINA,                          :
                                                    :
                              Defendant.            :
-------------------------------------------------------------------X
MCHA HOLDINGS, LLC,                                 :
                                                    :
                              Plaintiff,            :
                                                    :
              - against -                           :   14 Civ. 7637 (TPG)
                                                    :
THE REPUBLIC OF ARGENTINA,                          :
                                                    :
                              Defendant.            :
-------------------------------------------------------------------X
MCHA HOLDINGS, LLC,                                 :
                                                    :
                              Plaintiff,            :
                                                    :
              - against -                           :   14 Civ. 10064 (TPG)
                                                    :
THE REPUBLIC OF ARGENTINA,                          :
                                                    :
                              Defendant.            :
-------------------------------------------------------------------X
```

```
------------------------------------------------------------------X
ANDRAREX LTD.,                              :
                                            :
                        Plaintiff,          :
                                            :
          - against -                       :   14 Civ. 9093 (TPG)
                                            :
THE REPUBLIC OF ARGENTINA,                  :
                                            :
                        Defendant.          :
------------------------------------------------------------------X
CLARIDAE, et al.,                           :
                                            :
                        Plaintiffs,         :
                                            :
          - against -                       :   14 Civ. 10201 (TPG)
                                            :
THE REPUBLIC OF ARGENTINA,                  :
                                            :
                        Defendant.          :
------------------------------------------------------------------X
ARAG-A LIMITED, et al.,                     :
                                            :
                        Plaintiffs,         :
                                            :
          - against -                       :   14 Civ. 9855 (TPG)
                                            :
THE REPUBLIC OF ARGENTINA,                  :
                                            :
                        Defendant.          :
------------------------------------------------------------------X
ATTESTOR MASTER VALUE FUND LP,              :
                                            :
                        Plaintiff,          :
                                            :
          - against -                       :   14 Civ. 5849 (TPG)
                                            :
THE REPUBLIC OF ARGENTINA,                  :
                                            :
                        Defendant.          :
------------------------------------------------------------------X
```

```
------------------------------------------------------------------X
ANGULO, et al.,                                    :
                                                   :
                              Plaintiffs,          :
                                                   :
               - against -                         :   15 Civ. 1470 (TPG)
                                                   :
THE REPUBLIC OF ARGENTINA,                         :
                                                   :
                              Defendant.           :
------------------------------------------------------------------X
LAMBERTINI, et al.,                                :
                                                   :
                              Plaintiff,           :
                                                   :
               - against -                         :   15 Civ. 1471 (TPG)
                                                   :
THE REPUBLIC OF ARGENTINA,                         :
                                                   :
                              Defendant.           :
------------------------------------------------------------------X
GMO EMERGING COUNTRY DEBT INVESTMENT               :
FUND PLC,                                          :
                                                   :
                              Plaintiff,           :
                                                   :   14 Civ. 8665 (TPG)
               - against -                         :
                                                   :
THE REPUBLIC OF ARGENTINA,                         :
                                                   :
                              Defendant.           :
------------------------------------------------------------------X
GMO EMERGING COUNTRY DEBT INVESTMENT               :
FUND PLC,                                          :
                                                   :
                              Plaintiff,           :
                                                   :   14 Civ. 8666 (TPG)
               - against -                         :
                                                   :
THE REPUBLIC OF ARGENTINA,                         :
                                                   :
                              Defendant.           :
------------------------------------------------------------------X
```

```
---------------------------------------------------------------------X
GMO EMERGING COUNTRY DEBT INVESTMENT  :
FUND PLC,                             :
                                      :
                        Plaintiff,    :
                                      :   14 Civ. 8667 (TPG)
            - against -               :
                                      :
THE REPUBLIC OF ARGENTINA,            :
                                      :
                        Defendant.    :
---------------------------------------------------------------------X
BANCA ARNER S.A., et al.,             :
                                      :
                        Plaintiffs,   :
                                      :
            - against -               :   15 Civ. 1508 (TPG)
                                      :
THE REPUBLIC OF ARGENTINA,            :
                                      :
                        Defendant.    :
---------------------------------------------------------------------X
```

Pursuant to 28 U.S.C. § 1746, Elizabeth M. Hanly declares as follows:

1. I am an attorney admitted to practice before this Court and an associate at Cleary Gottlieb Steen & Hamilton LLP, counsel for defendant the Republic of Argentina (the "Republic") in these matters. I submit this declaration on behalf of the Republic in opposition to plaintiffs' motions for partial summary judgment.

2. Attached to this declaration as Exhibits A-CC are true and correct copies of the following documents:

| Ex. | Document |
|---|---|
| A | Pre-Judgment Plaintiffs Chart; |
| B | Post-Judgment Plaintiffs Chart; |
| C | G.A. Res. 68/304, U.N. Doc. A/RES/68/304 (Sept. 17, 2014); |
| D | Brief for the Republic of France as Amicus Curiae in Support of the Republic of Argentina's Petition For a Writ of Certiorari, *Republic of Argentina v. NML Capital, et al.*, No. 13-990 (Mar. 24, 2014); |
| E | Brief of the United States as *Amicus Curiae* in Support of the Republic of Argentina's Petition for Panel Rehearing and Rehearing *En Banc*, *NML Capital, Ltd., v. Republic of Argentina*, No. 12-105 (L) (2d Cir. Dec. 28 2012); |
| F | Amended February 23, 2012 Order, *NML Capital, Ltd. v. Republic of Argentina*, No. 08 Civ. 6978 (TPG) (S.D.N.Y. Nov. 21, 2012); |
| G | Brief of the United States as *Amicus Curiae* in Support of Reversal, *NML Capital, Ltd., v. Republic of Argentina*, No. 12-105 (L) (2d Cir. Apr. 4, 2012); |
| H | Brief for *Amicus Curiae* the Clearing House Association L.L.C. in Support of Reversal, *NML Capital, Ltd., et al. v. Republic of Argentina*, No. 12-105 (L) (2d Cir. Apr. 4, 2012); |
| I | Order, *NML Capital, Ltd. v. Republic of Argentina*, No. 08 Civ. 6978 (TPG) (S.D.N.Y. Feb. 23, 2012); |
| J | Hearing Transcript, *NML Capital, Ltd. v. Republic of Argentina*, No. 08 Civ. 8845 (TPG) (S.D.N.Y. Feb. 23, 2012) (excerpt); |
| K | Order, *NML Capital, Ltd. v. Republic of Argentina*, No. 09 Civ. 1708 (TPG) (S.D.N.Y. Dec. 7, 2011); |

| | |
|---|---|
| L | H.R. S3767-2011, 234th – 235th Leg. 2011-2012 Reg. Sess. (N.Y. 2011), *available at* http://open.nysenate.gov/legislation/api/1.0/pdf/bill/S3767-2011; |
| M | Memorandum of Law in Opposition to Plaintiff's Motions for Partial Summary Judgment and for Injunctive Relief Pursuant to the Pari Passu Clause, *NML Capital Ltd., v. Republic of Argentina*, No. 08 Civ. 6978 (TPG) (S.D.N.Y. Dec. 10, 2010); |
| N | Memorandum of Law in Support of the Motion by NML Capital, Ltd. For Partial Summary Judgment and for Injunctive Relief Pursuant to the Equal Treatment Provision, *NML Capital Ltd., v. Republic of Argentina*, No. 08 Civ. 6978 (TPG) (S.D.N.Y. Oct. 20, 2010); |
| O | Stipulation and Order to Amend Judgment, *GMO Emerging Country Debt L.P. v. Republic of Argentina*, No. 05 Civ. 10380 (TPG) (S.D.N.Y. Aug. 25, 2010); |
| P | Stipulation and Order to Amend Judgment, *GMO Emerging Country Debt Inv. Fund PLC. v. Republic of Argentina*, No. 05 Civ. 10382 (TPG) (S.D.N.Y. Aug. 25, 2010); |
| Q | Stipulation and Order to Amend Judgment, *GMO Emerging Country Debt Fund. v. Republic of Argentina*, No. 05 Civ. 10383 (TPG) (S.D.N.Y. Aug. 25, 2010); |
| R | Republic of Argentina, Registration Statement Amend. No. 1 (Jan. 28, 2010); |
| S | Ley [Law] No. 26,547, Dec. 9, 2009 (Arg.), *available at* http://infoleg.mecon.gov.ar/infolegInternet/anexos/160000-164999/161317/norma.htm (with English translation of excerpts); |
| T | Memorandum from Hon. Judge Thomas P. Griesa to Counsel (S.D.N.Y. Feb. 22 2007); |
| U | Ley [Law] No. 26,017, Feb. 10, 2005 (Arg.), *available at* http://infoleg.mecon.gov.ar/infolegInternet/anexos/100000-104999/103619/norma.htm (with English translation of excerpts); |
| V | Letter from K. Reed to Judge Griesa, *NML Capital, Ltd. v. Republic of Argentina*, No. 03 Civ. 8845 (TPG) (S.D.N.Y. Jan. 14, 2004); |
| W | Hearing Transcript, *Applestein, et al. v. Republic of Argentina,* No. 02 Civ. 4124 (TPG) (S.D.N.Y. Apr. 24, 2003) (excerpts); |
| X | Complaint, *EM Ltd. v. Republic of Argentina*, No. 03 Civ. 2507 (TPG) (S.D.N.Y. Apr. 10, 2003); |
| Y | Declaration of Troland S. Link, *LNC Invs. LLC v. Republic of Nicaragua*, Folio 2000 1061, R.K. 240/03 (Comm. Ct. of Brussels Aug. 31, 2003); |
| Z | Hearing Transcript, *Applestein, et al. v. Republic of Argentina,* No. 02 Civ. 1773 (TPG) (S.D.N.Y. Sept. 5, 2002) (excerpts); |

| | |
|---|---|
| AA | Ley [Law] No. 25,565, Mar. 19, 2002 (Arg.), *available at* http://www.infoleg.gob.ar/infolegInternet/anexos/70000-74999/73048/texact.htm (with English translation of excerpts); |
| BB | Presidential Decree No. 256/2002, Feb. 6, 2002 (Arg.), *available at* http://infoleg.mecon.gov.ar/infolegInternet/anexos/70000-74999/72144/norma.htm (with English translation of excerpts); |
| CC | Fiscal Agency Agreement (FAA), dated Oct. 19, 1994. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 17, 2015 in New York, New York.

                                                            /s/ Elizabeth M. Hanly
                                                            ELIZABETH M. HANLY