**DUANE MORRIS** LLP
By:   Anthony J. Costantini
       Suzan Jo
       Kevin P. Potere
1540 Broadway
New York, NY 10036-4086
Telephone: +1 212 692 1000
Fax: +1 212 692 1020
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARAG-A LIMITED, ARAG-O LIMITED,       :
ARAG-T LIMITED, and ARAG-V LIMITED,   :
                                                :
         Plaintiffs,                                :
                                                :   14 Civ. 9855 (TPG)
       v.                                     :
                                                :
THE REPUBLIC OF ARGENTINA,              :
                                                :
         Defendant.                             :

---

### REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

In further support of their motion for partial summary judgment, Plaintiffs ARAG-A Limited ("ARAG-A"), ARAG-O Limited ("ARAG-O"), ARAG-T Limited ("ARAG-T"), and ARAG-V Limited ("ARAG-V") (collectively, "Plaintiffs"), who are non-judgment creditors, join in Section I of the Reply Memorandum Of Law In Further Support Of The Motion By NML Capital, Ltd. For Partial Summary Judgment, dated April 7, 2015 ("Reply Memorandum of Law"), and all declarations submitted in support of the motion, to be filed in *NML Capital, Ltd. v. Republic of Argentina*, 14 Civ. 8601 (TPG), since the movants therein also bought bonds issued pursuant to the 1994 FAA, and there is no need to inundate the Court with multiple

memoranda of law making the same arguments. Plaintiffs do not join in Section II of the Reply Memorandum of Law because that section is inapplicable to non-judgment creditors such as Plaintiffs. Plaintiffs also do not join in Section III of the Reply Memorandum of Law since the Republic has not challenged Plaintiffs' proof of bond ownership.

Dated: New York, New York
      April 7, 2015

**DUANE MORRIS LLP**

By: _/s/ Anthony J. Costantini_
Anthony J. Costantini
E-mail: ajcostantini@duanemorris.com
Suzan Jo
E-mail: sjo@duanemorris.com
Kevin P. Potere
Email: kppotere@duanemorris.com
1540 Broadway
New York, NY 10036-4086
Telephone: +1 212 692 1000
Fax: +1 212 692 1020

*Attorneys for Plaintiffs ARAG-A Limited, ARAG-O Limited, ARAG-T Limited, and ARAG-V Limited*